Rory Leisinger (CA Bar #:277476)
Leisinger Law, LLP
225 E. Badillo Covina, CA 91723
(626) 331-1520
rory@leisingerlaw.com

Attorney for Plaintiff TANIA LOPEZ

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| TANIA MARTINEZ LOPEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CREDIT ONE BANK, N.A. and DOES 1 THROUGH 5,<br><br>　　　　　Defendant. | Case No. 5:19-cv-1000-JGB-SHK<br><br>Hon. Jesus G. Bernal (Ctrm 1)<br><br>**STIPULATION TO STAY ACTION PENDING RULINGS IN RELATED ACTIONS**<br><br>Date Action Filed: 05/31/2019<br><br>Current Response: 11/11/2019 |

STIPULATION TO STAY ACTION PENDING RULINGS IN RELATED ACTIONS - 1

Plaintiff, TANIA MARTINEZ LOPEZ ("Plaintiff"), and Defendant, CREDIT ONE BANK, N.A. ("Defendant" or "Credit One"), through their attorneys, stipulate and agree as follows:

WHEREAS, Plaintiff initiated this action on May 31, 2019 alleging Credit One and unnamed DOE entities violated the federal Telephone Consumer Protection Act (TCPA), California's Rosenthal Fair Debt Collection Practices Act, and invaded her privacy with calls related to debts she allegedly owed to Credit One. Doc. No. 1.

WHEREAS, on November 11, 2019, Credit One filed a motion to compel arbitration in response to Plaintiff's Complaint.

WHEREAS, Plaintiff's reasons for opposing the motion to compel arbitration are identical to those already articulated in two other motions to compel filed by Credit One that are currently pending before two California federal courts. *See Karen Gonzales v. Credit One Bank*, Case No. 1:19-cv-00398 (E.D. Cal. 2019) (Doc. No. 8-1) and *Denessa Hazzard v. Credit One Bank, N.A.*, Case No. 3:19-cv-01011-DMS-RBB (S.D. Cal. 2019) (Doc. No. 10-1).

WHEREAS, the Eastern District's and Southern District's rulings on those motions will impact the parties' course of action and arguments here.

WHEREAS, Credit One did not believe that it could delay filing its Motion given the response deadline that had been extended twice, but has agreed that a stay of this action and an order taking its Motion to Compel hearing date off calendar would be appropriate and in the interest of judicial economy.

WHEREFORE, the parties respectfully request this Honorable Court to enter an order (1) staying this matter pending the parties' report that there have been rulings by the Eastern District of California in *Karen Gonzales v. Credit One Bank*, Case No. 1:19-cv-00398 (E.D. Cal. 2019) and the Southern District of California in

*Denessa Hazzard v. Credit One Bank, N.A.*, Case No. 3:19-cv-01011-DMS-RBB, and (2) ordering the parties to file a Joint Status Report within seven (7) days of the latter of those two rulings, setting a new hearing date for Credit One's Motion if those rulings do not resolve the parties' dispute regarding arbitration.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: November 12, 2019 | Leisinger Law, LLP |
|  | /s/ Rory Leisinger<br>Rory Leisinger |
|  | Attorneys for Plaintiff,<br>RICHARD BOTELLO |
| Dated: November 12, 2019 | SNELL & WILMER L.L.P. |
|  | By: /s/ Becca Wahlquist<br>    Becca J. Wahlquist<br>    Daniel G. Seabolt |
|  | Attorneys for Defendant<br>Credit One Bank, N.A. |
|  | Email: bwahlquist@swlaw.com |

### ATTORNEY ATTESTATION

I, Rory Leisenger, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Rory Leisinger
Rory Leisinger

STIPULATION TO STAY ACTION PENDING RULINGS IN RELATED ACTIONS - 3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 12, 2019, a true copy of the foregoing was filed with the Clerk of Court via CM/ECF system with service by electronic mail upon all registered CM/ECF users.

/s/ Rory Leisinger
Rory Leisinger